State of Texas

Court of Criminal Appeals
Box 12308 - Capitol Station
Austin Tx 78711

Jan 8, 2015

24,848-02,03

I Am Indigent
RE: Requesting documents never received to Rebuttal/
Objections to be made? 2-Habeas Corpus from Dallas County
Ex parte Darrell L Bates Writ No 24,848-02 (F88-86717 T)
Ex parte Darrell L Bates Writ No - unknown ?(F87-86098)

Dear Honorable Clerk of Court - Texas Court of Crim. Appeals Austin Tx:

I am writing you concerning the above references, I am indigent and is entitled to these documents because pursuant to this Court Ordered issued June 19, 1996 to 283rd Dist Court Dallas County Texas for this Trial Court to obtain an affidavits from Applicants Counsel addressing Applicants factual allegations and to allow Applicant an opportunity to tender any other affidavits to support his allegations. Alternatively, the trial Court may conduct an evidentiary hearing at which Applicant would have an opportunity to prove his allegations and the trial court is not limited to the above issues if the Court believes other facts relevant to the legality of Applicants confinement should be determined.

The trial Court should then make findings of fact as to whether Counsel advised Applicant of his right to appeal, whether Counsel Applicant desired to appeal, and whether, Counsel appealed the conviction. The Court may also make findings of fact as to any other matters the Court deems relevant to the legality of Applicants Confinement.... Or See "ORDER Writ # 24,848-02 (F88-86717 T) and Writ #_____ (F87-86098)

The Trial Court failed to comply with this Order by refusing to send me any findings of facts, any affidavits from Applicants Counsel, or transcription of the Court reporters notes, any other supplementation of the record. I could have been exonerated from this wrong.

So I was not able to object to any of this in which my United States Constitutional rights were violated. I need this for my Writ Habeas Corpus.

Please send me these documents all findings of facts, any affidavits or transcription of the Court reporters, any other supplementation I am entitled to at the name and address listed below.

Thank you for your prompt attention in this matter. Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk

Darrell Bates
Darrell Bates
2867 General Issac Smith
Baton Rouge LA 70807